FILED
NOV 2 5 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

REVISED DATE: 09/2001

FORM TO BE USED BY A STATE PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983 OR BY A FEDERAL PRISONER IN FILING A BIVENS CLAIM.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
_____ DIVISION

NO. 5:13-CT-3291
(leave this space blank)

Michael Anthony Dilworth
_____
(enter full names of each plaintiff(s))

v.

Ed McMahon, Mr. Adams, A.R. Fales Jr., Travis Robinson, L. Robinson
_____
(enter full names of each defendant(s))

Inmate Number 356553

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I. HAVE YOU BEGUN OTHER LAWSUITS IN FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION? YES ( ) NO (X)

If your answer is YES, describe the former lawsuit in the space provided below:

_____
_____
_____

II. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT TO THE STATE INMATE GRIEVANCE PROCEDURE? YES ( ) NO ( )

If your answer is YES:

1. What steps did you take? _____

2. What was the result? (Attach copies of grievances or other supporting documentation.)

_____

REVISED DATE: 09/2001

## VERIFIED STATEMENT

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement.

(Please choose the box that applies to your action):

_____ There are no grievance procedures at the correctional facility at which I am being confined.

_____ This cause of action arose at _____, and I am now being housed at _____. Therefore, I do not believe I have administrative remedies relating to this complaint at this time.

__X__ I have exhausted my administrative remedies relating to this complaint and have attached copies of grievances demonstrating completions.

III. PARTIES:
In Item "A" below, place your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any. NOTE: ALL PLAINTIFFS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

A. Name of Plaintiff: _Michael Anthony Dilworth_
Name of Present Confinement _Marion Correctional Institution_
Address of Present Confinement _P.O. Box 2405, Marion NC 28752_

In Item "B" below, place the full name of defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) through (F) for additional defendants. NOTE: ALL DEFENDANTS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

B. Defendant _Ed McMahon_
Position _Sheriff_
Employed at _New Hanover County Detention Facility_
Address _3950 Juvenile Center Road, Castle Hayne NC 28429_
Capacity in which being sued: Individual ( ) Official ( ) Both (X)

C. Defendant _Mr. Adams_
Position _Captain_
Employed at _New Hanover County Detention Facility_
Address _3950 Juvenile Center Road, Castle Hayne NC 28429_
Capacity in which being sued: Individual ( ) Official ( ) Both (X)

D. Defendant _____

        A. R. Fales, Jr.,
  Position   Lt., NHSO, Retired
  Employed at   New Hanover County Detention Facility
  Address   3950 Juvenile Center Road, Castle Hayne NC [redacted] 28429
  Capacity in which being sued: Individual ( ) Official ( ) Both (X)

E.  Defendant   Travis Robinson
  Position   Lt.
  Employed at   New Hanover County Detention Facility
  Address   3950 Juvenile Center Road, Castle Hayne NC 28429
  Capacity in which being sued: Individual ( ) Official ( ) Both (X)

F.  Defendant   L. Robinson
  Position   Lt.
  Employed at   New Hanover County Detention Facility
  Address   3950 Juvenile Center Road, Castle Hayne NC 28429
  Capacity in which being sued: Individual ( ) Official ( ) Both (X)

IV.  **STATEMENT OF CLAIM**

State here as briefly as possible the **FACTS** of your case. Describe how **each** defendant is involved. Include also the names of the other persons involved, dates and places. **DO NOT GIVE ANY LEGAL CITATIONS OR ANY LEGAL ARGUMENTS OR CITE ANY STATUTES.** If you wish to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

1) I was brought to New Hanover County Detention Facility on 2-12-13. 2) I didn't get a 1st Appearance until 4-9-13. 3) When I requested a 1st Appearance on 4-2-13 1st Sgt. Whitmore said "When they get ready for you they will send for you." 4) Also while being detained at this facility I was attacked by another prisoner named D. Smith. 5) I had to defend myself because staff was not available. 6) Within one hour and ten minutes of the incedent I was given 45 days disciplinary segregation without a hearing by Lt. R. Johnson. 7) On 7-5-13 at same facility I was attacked by officer Cookson and it was deemed a mutual physical confrontation. 8) I was placed in disciplinary segregation again for 45 days without a hearing by Cpt. Adams. 9) Both times I was place in disciplinary segregation with psychotic prisoners. 10) They urinated out of their cells through the door, 11) they defecated on their floors and tables, 12) they spread feces on their walls, doors and door windows, 13) they beat and banged on their cell doors, tables, and beds, 14) they yelled and chanted

at the top of their lungs indefinitely causing sleep deprivation. [15] When I wrote a grievance about sleep deprivation, sanitation, and pandamonium and bedlam Lt. L.C. Robinson wrote he spoke to Sgt. Gentry about this matter and marked it grievable but never did anything about it. [16] I spent 85 days total under these conditions. [17] When I wrote a grievance about it to Lt. Travis Robinson telling him about being housed with psychotics on 7-15-13 he stated I was assigned to disciplinary segregation and that the psychotics were also assigned to that unit. [18] When I appealed these disciplinary actions Lt. Fales dismissed them. [19] Sheriff Ed McMahon is over the whole jail and is responsible for everything that happens there whether he is aware of it or not. [20] Being under pandimonium, bedlam and stress from the chaos of the psychotic prisoners [21] caused me mental anguish, stress, and frustration [22] when I was placed in an open dormitory setting at Craven Correctional Institution for processing on 9-6-13 [23] I was unable to cope mentally with staff and [24] not being able to have my privacy of a single cell [24] I received three infractions [25] after I had sought mental health assistance.

V. **RELIEF SOUGHT BY PRISONER**

State briefly exactly what you want the Court to do for you. **MAKE NO LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.**

1) In this matter I would like the court to award me damages from the defendants that are fair and appropriate under these circumstances. 2) I would also like counsel to assist me with my claim.

REVISED DATE: 09/2001

_____

_____

Signed this ____ day of _____, 20_13_.

_MiLe Anthony Ellwortt_
Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)

I declare under penalty of perjury that the foregoing is true and correct.

_____      _MiLe Anthony Ellwortt_
Date                   Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)