*ATTN: Lt. Chuck Wilson*
*Internal Affairs*

# New Hanover County Detention Facility
## Inmate Request Form

*NHCU*

Name: _Michael Anthony Dilworth_ Inmate #: _356553_ Housing Unit: _V_ Cell: _115_

**Inmate:** ***Only One Request Per Request Form*** ***Explain In Detail On Back Of Form***

**NOTE:** Health Care – Medical Or Dental – Use Medical Request Form And Place In Sick Call Box.

| | |
|---|---|
| **Shift Supervisor** | ☐ Court Information - Release Date, Court Date, Bond, Etc. |
| | ☐ Grievance  ☐ Grievance Related To Medical Staff  ☐ Other |
| **Classification Officer** | ☐ Request Inmate Worker Status |
| | ☐ Request Inmate Worker Gain Time (after being sentenced) |
| | ☐ Appeal Disciplinary Action  ☒ Grievance |
| | ☐ Housing Assignment Complaints  ☐ Problems With Other Inmates |
| | ☐ DOC Information  ☐ Work Release |
| | ☐ Questions Concerning Transportation (shipping) |
| | ☐ Request To Plead Guilty (criminal charges) Attorneys Name_____ |
| | ☐ Request To Be Considered For Pre-Trial Release |
| | ☐ Request To See Mental Health Staff  ☐ Other |
| **Notary Service** | ☐ Items To Be Notarized  ☐ Other |
| **Finance** | ☐ Matters Relating To Your Money and/or Commissary Order  ☐ Other |
| **Kitchen** | ☐ Food Services  ☐ Special Diets  ☐ Grievance  ☐ Other |
| **Chaplain** | ☐ Religious Literature  ☐ Religious Counseling  ☐ Other |
| **Law Library** | ☐ Request For Law Books  ☐ Request For Legal Copies  ☐ Other |
| **Programs** | ☐ English As A Second Language  ☐ GED |
| | ☐ 12 Step Alcoholics / Narcotics Anonymous Group |
| | ☐ Second Chance  ☐ Domestic Violence  ☐ Life Skills |
| | ☐ Christian Bible Study  ☐ Muslim Taleem Service |
| | ☐ Jehovah's Witnesses  ☐ Catholic Mass |
| | ☐ Request For Games  ☐ Other |
| **Indigent Request** | ☐ Request Indigent Package (must be incarcerated at least 5 days, and have no money) (you may receive one every 14 days; you will be charged $4.00 when funds become available) (Package will contain 3 stamped envelopes, 1 pen, 4 sheets of paper, toothpaste, toothbrush, deodorant) |
| **Property Officer** | ☐ Release of Property: I _____ authorize all of my personal |

Inmates: printed name

effects to be released to _____. (excludes clothes)
Person authorized to receive property

I_____ received the property released by above inmate.
Person receiving property: printed name

_____
Person receiving property: signature     Date/ Time

**Explain in detail on back of form, also include what actions you would like to see taken.**

NHC-DF-031
Rev. 03/2008

**Explain in detail below, also include what actions you would like to see taken.**

1. How can I be charged and found guilty of fighting or engaging in mutual physical confrontation not involving weapons with Officer Cookson?

2. What was the threat that I communicated to Officer Cookson, verbatim?

3. Officer Cookson was between the slider in M-Pod leaving so exactly how did I interfere with him performing his duty? Please be specific?

4. None of these rules are posted anywhere and I have never seen a rule book. The one time I asked to see a rule book the officer couldn't find one.

5. What order did I disobey?

6. Why was I not allowed a hearing?

7. Why wasn't I allowed to have assistance?

8. Why wasn't I allowed to ask for witness statements?

9. I wasn't jumping on Officer Trott or assaulting him in any way so what reason did Officer Trott have to take it upon himself to use force against me?

10. Officer Trott was less than two feet from me so if my actions were such that I needed force used against me Officer Trott would have been the first to respond and not wait for Officer Cookson to cross at least twenty-five feet.

Please send me a copy of this grievance with your response.

7/25/13

MR DILWORTH,
THE PROFESSIONAL STANDARDS UNIT + USE OF FORCE COMMITTEE HAVE CONCLUDED THEIR REVIEW OF THIS MATTER +
IT IS ~~FOUNDED~~ UNFOUNDED

Inmate signature: M.L. Anthony Dilworth       Date 7-23-13

Officer receiving request: Dep. J Bratton & Buro B4B

THIS MATTER IS DONE

Lt. T. Robinson

# New Hanover County Detention Facility
# Inmate Request Form

Name: Michael Anthony Dilworth    Inmate #: 356553    Housing Unit: U    Cell: 115

**Inmate:** ***Only One Request Per Request Form*** ***Explain In Detail On Back Of Form***

**NOTE:** Health Care – Medical Or Dental – Use Medical Request Form And Place In Sick Call Box.

**Shift Supervisor**
- ☐ Court Information - Release Date, Court Date, Bond, Etc.
- ☒ Grievance  ☐ Grievance Related To Medical Staff  ☐ Other

**Classification Officer**
- ☐ Request Inmate Worker Status
- ☐ Request Inmate Worker Gain Time (after being sentenced)
- ☐ Appeal Disciplinary Action  ☐ Grievance
- ☐ Housing Assignment Complaints  ☐ Problems With Other Inmates
- ☐ DOC Information  ☐ Work Release
- ☐ Questions Concerning Transportation (shipping)
- ☐ Request To Plead Guilty (criminal charges) Attorneys Name_____
- ☐ Request To Be Considered For Pre-Trial Release
- ☐ Request To See Mental Health Staff  ☐ Other

**Notary Service**  ☐ Items To Be Notarized  ☐ Other

**Finance**  ☐ Matters Relating To Your Money and/or Commissary Order  ☐ Other

**Kitchen**  ☐ Food Services  ☐ Special Diets  ☐ Grievance  ☐ Other

**Chaplain**  ☐ Religious Literature  ☐ Religious Counseling  ☐ Other

**Law Library**  ☐ Request For Law Books  ☐ Request For Legal Copies  ☐ Other

**Programs**
- ☐ English As A Second Language  ☐ GED
- ☐ 12 Step Alcoholics / Narcotics Anonymous Group
- ☐ Second Chance  ☐ Domestic Violence  ☐ Life Skills
- ☐ Christian Bible Study  ☐ Muslim Taleem Service
- ☐ Jehovah's Witnesses  ☐ Catholic Mass
- ☐ Request For Games  ☐ Other

**Indigent Request**  ☐ Request Indigent Package (must be incarcerated at least 5 days, and have no money)
(you may receive one every 14 days; you will be charged $4.00 when funds become available)
(Package will contain 3 stamped envelopes, 1 pen, 4 sheets of paper, toothpaste, toothbrush, deodorant)

**Property Officer**  ☐ Release of Property: I _____ authorize all of my personal
                                Inmates: printed name
effects to be released to _____. (excludes clothes)
                         Person authorized to receive property
I _____ received the property released by above inmate.
Person receiving property: printed name

_____
Person receiving property: signature        Date/ Time

**Explain in detail on back of form, also include what actions you would like to see taken.**

**Explain in detail below, also include what actions you would like to see taken.**

Exhibit: W

1. I was held 41 days in disciplinary segregation without a hearing.
2. (Due process under the 14th Amendment to the Constitution of the U.S. requires a disciplinary hearing before I can be punished.)
3. If I had had a hearing I would not have gotten 41 days in segregation among psychotics. (5-11-13)
4. And if I had gotten a hearing for 7-5-13 I would not have gotten 45 days.
5. I have twice been place in disciplinary segregation without a hearing.

Mr Dilworth,  7/16/13

You can follow our written process in the Inmate Handbook for your grievance in regards to time limit to appeal, if it is past the voted time then this in ungreeable proper process was not followed by you.

LT T Rut[?]

Please send me a copy of this grievance.

Inmate signature: M. LB Anthony Dilworth    Date 7-15-13
Officer receiving request: Deputy Evans Deputy Evans A40




# New Hanover County Detention Facility
## Inmate Request Form

**COPY**

Name: _Michael Anthony Dilworth_   Inmate #: _356553_   Housing Unit: _U_   Cell: _115_

**Inmate:** ***Only One Request Per Request Form*** ***Explain In Detail On Back Of Form***

**NOTE:** Health Care – Medical Or Dental – Use Medical Request Form And Place In Sick Call Box.

| | |
|---|---|
| **Shift Supervisor** | ☐ Court Information - Release Date, Court Date, Bond, Etc. |
| | ☒ Grievance   ☐ Grievance Related To Medical Staff   ☐ Other |
| **Classification Officer** | ☐ Request Inmate Worker Status |
| | ☐ Request Inmate Worker Gain Time (after being sentenced) |
| | ☐ Appeal Disciplinary Action   ☐ Grievance |
| | ☐ Housing Assignment Complaints   ☐ Problems With Other Inmates |
| | ☐ DOC Information ☐ Work Release |
| | ☐ Questions Concerning Transportation (shipping) |
| | ☐ Request To Plead Guilty (criminal charges) Attorneys Name_____ |
| | ☐ Request To Be Considered For Pre-Trial Release |
| | ☐ Request To See Mental Health Staff   ☐ Other |
| **Notary Service** | ☐ Items To Be Notarized   ☐ Other |
| **Finance** | ☐ Matters Relating To Your Money and/or Commissary Order   ☐ Other |
| **Kitchen** | ☐ Food Services   ☐ Special Diets   ☐ Grievance   ☐ Other |
| **Chaplain** | ☐ Religious Literature   ☐ Religious Counseling   ☐ Other |
| **Law Library** | ☐ Request For Law Books   ☐ Request For Legal Copies   ☐ Other |
| **Programs** | ☐ English As A Second Language   ☐ GED |
| | ☐ 12 Step Alcoholics / Narcotics Anonymous Group |
| | ☐ Second Chance ☐ Domestic Violence   ☐ Life Skills |
| | ☐ Christian Bible Study   ☐ Muslim Taleem Service |
| | ☐ Jehovah's Witnesses   ☐ Catholic Mass |
| | ☐ Request For Games   ☐ Other |
| **Indigent Request** | ☐ Request Indigent Package (must be incarcerated at least 5 days, and have no money) (you may receive one every 14 days; you will be charged $4.00 when funds become available) (Package will contain 3 stamped envelopes, 1 pen, 4 sheets of paper, toothpaste, toothbrush, deodorant) |
| **Property Officer** | ☐ Release of Property: I _____ authorize all of my personal |
| | Inmates: printed name |
| | effects to be released to _____. (excludes clothes) |
| | Person authorized to receive property |
| | I_____ received the property released by above inmate. |
| | Person receiving property: printed name |
| | _____ |
| | Person receiving property: signature        Date/ Time |

**Explain in detail on back of form, also include what actions you would like to see taken.**

NHC-DF-031
Rev. 03/2008

**Explain in detail below, also include what actions you would like to see taken.**

N.C.G.S. §153-224. Supervision of local confinement facilities. (a) No person may be confined in a local confinement facility unless custodial personnel are present and available to provide continuous supervision in order that custody will be secure and that, in the event of emergency, such as fire, illness, assault by other prisoners, or otherwise, the prisoners can be protected. The personnel shall supervise prisoners closely enough to maintain safe custody and control and to be at all times informed of the prisoners' general health and emergency medical needs. (c) If a person violates any provision of this section, he is guilty of a Class 1 misdemeanor.

On 5-11-13 in HU-N of NHC-DF Officer Thomas, Officer White, Cpl. Grady, Cpl. Williams, Sgt. Bean, Lt. Johnson and Sheriff E. McMahon failed to provide continuous supervision, causing insecure custody, which led to an assault on me by another prisoner because personnel did not supervise prisoners closely enough to maintain safe custody and control so that prisoners can be protected and not have to protect themselves.

Lt. Fales' response to my appeal confirms a breakdown of supervision on a continuous level by relying on a video that could not determine who started the fight or how as well as showing Officer Thomas providing "due diligence" by conducting rounds on the upper tier while the alleged fight was in its initial stages on the lower tier.

Why did Officer Thomas not stay on the lower tier where prisoners were out of their cells? Lt. Fales report confirms that Officer Thomas left over 25 prisoners unsupervised on the lower tier and that surveillance was inadequate to determine who started the alleged fight on the lower tier. Where was Officer White?

In one hour and ten minutes (without a disciplinary hearing) from the incident I was given 45 days segregation in violation of my Due Process Clause constitutional rights. Confinement in segregation without a disciplinary hearing is unconstitutional. Lt. Johnson approved the 45 days and Lt. Fales upheld the 45 days with no hearing both denying due process. To date no hearing has been held and no hearing has been scheduled. Segregation in question is Punitive Segregation.

If a hearing would have been held it is likely I would have been cleared or received a less severe punishment. The Supreme Court held that persons held in jail who have not been convicted of anything cannot be punished. I have not been convicted of anything.

Therefore, I am seeking $200 per day for compensatory damages and $50,000 lump sum for 45 days in segregation. To be settled in 30 days out of court, through mediation.

Please Send Me A Copy Of This Grievance

Inmate signature: Mike Anthony Ellwood    Date 7-12-13

Officer receiving request: _____

ATTN:
Lt. T. Robinson

# New Hanover County Detention Facility
## Inmate Request Form



Name: Michael Anthony Dilworth    Inmate #: 356553    Housing Unit: U    Cell: 115

**Inmate:** ***Only One Request Per Request Form*** ***Explain In Detail On Back Of Form***

**NOTE:** Health Care – Medical Or Dental – Use Medical Request Form And Place In Sick Call Box.

**Shift Supervisor**
- ☐ Court Information - Release Date, Court Date, Bond, Etc.
- ☒ Grievance    ☐ Grievance Related To Medical Staff    ☐ Other

**Classification Officer**
- ☐ Request Inmate Worker Status
- ☐ Request Inmate Worker Gain Time (after being sentenced)
- ☐ Appeal Disciplinary Action    ☐ Grievance
- ☐ Housing Assignment Complaints    ☐ Problems With Other Inmates
- ☐ DOC Information    ☐ Work Release
- ☐ Questions Concerning Transportation (shipping)
- ☐ Request To Plead Guilty (criminal charges) Attorneys Name _____
- ☐ Request To Be Considered For Pre-Trial Release
- ☐ Request To See Mental Health Staff    ☐ Other

**Notary Service**    ☐ Items To Be Notarized    ☐ Other

**Finance**    ☐ Matters Relating To Your Money and/or Commissary Order    ☐ Other

**Kitchen**    ☐ Food Services    ☐ Special Diets    ☐ Grievance    ☐ Other

**Chaplain**    ☐ Religious Literature    ☐ Religious Counseling    ☐ Other

**Law Library**    ☐ Request For Law Books    ☐ Request For Legal Copies    ☐ Other

**Programs**
- ☐ English As A Second Language    ☐ GED
- ☐ 12 Step Alcoholics / Narcotics Anonymous Group
- ☐ Second Chance    ☐ Domestic Violence    ☐ Life Skills
- ☐ Christian Bible Study    ☐ Muslim Taleem Service
- ☐ Jehovah's Witnesses    ☐ Catholic Mass
- ☐ Request For Games    ☐ Other

**Indigent Request**    ☐ Request Indigent Package (must be incarcerated at least 5 days, and have no money) (you may receive one every 14 days; you will be charged $4.00 when funds become available) (Package will contain 3 stamped envelopes, 1 pen, 4 sheets of paper, toothpaste, toothbrush, deodorant)

**Property Officer**    ☐ Release of Property: I _____ authorize all of my personal
Inmates: printed name
effects to be released to _____. (excludes clothes)
Person authorized to receive property
I _____ received the property released by above inmate.
Person receiving property: printed name

_____
Person receiving property: signature          Date/ Time

**Explain in detail on back of form, also include what actions you would like to see taken.**

NHC-DF-031
Rev. 03/2008

**Explain in detail below, also include what actions you would like to see taken.**

1. Sgt. Gentry for a fact, and other staff placate James Jordan who urinates out his cell door and chant at the top of his lungs by bringing him pack-out sandwiches and he still keeps doing those things.

2. It is violating my Eighth Amendment rights by sleep deprivation, sanitation and pandemonium and bedlam.

3. I shouldn't have to suffer from being confined with a mentally ill prisoner who can't and don't control their behavior.

4. Prisoners with mental health problems must be placed in a seperate area or a mental hospital and not in punitive or Administrative segregation.

5. By prisoners failing to receive adequate mental health services my Eighth Amendment rights is being violated.

6. If mentally ill prisoners can receive pack-out sandwiches that are not prescribed by a doctor then every one in segregation should receive pack-out sandwiches for having to endure their psychotic episodes.

7. Under N.C.G.S. 122C-322; 122C-261; 122C-262; 122C-263; 122-268 and most of the chapter on 722C discusses how these psychotic people in your jail can get to where they are suppose to be.

Please send me a copy of this grievance.

I HAVE SPOKEN with Sst. GENTRY ABOUT this MATTER.
Lt. L.C. Robinson #37
07/29/13

(GRIEVABLE)

Inmate signature: M. Le Anthony L. Worth          Date 7-25-13
Officer receiving request: D.O. Jarvis C-42

Lt. T. Robinson

Exhibit: U

# New Hanover County Detention Facility
# Inmate Request Form

Name: Michael Anthony Dilworth    Inmate #: 356553    Housing Unit: V    Cell: 115

**Inmate:** ***Only One Request Per Request Form*** ***Explain In Detail On Back Of Form***

**NOTE:** Health Care – Medical Or Dental – Use Medical Request Form And Place In Sick Call Box.

| | |
|---|---|
| **Shift Supervisor** | ☐ Court Information - Release Date, Court Date, Bond, Etc. |
| | ☒ Grievance ☐ Grievance Related To Medical Staff ☐ Other |
| **Classification Officer** | ☐ Request Inmate Worker Status |
| | ☐ Request Inmate Worker Gain Time (after being sentenced) |
| | ☐ Appeal Disciplinary Action ☐ Grievance |
| | ☐ Housing Assignment Complaints ☐ Problems With Other Inmates |
| | ☐ DOC Information ☐ Work Release |
| | ☐ Questions Concerning Transportation (shipping) |
| | ☐ Request To Plead Guilty (criminal charges) Attorneys Name_____ |
| | ☐ Request To Be Considered For Pre-Trial Release |
| | ☐ Request To See Mental Health Staff ☐ Other |
| **Notary Service** | ☐ Items To Be Notarized ☐ Other |
| **Finance** | ☐ Matters Relating To Your Money and/or Commissary Order ☐ Other |
| **Kitchen** | ☐ Food Services ☐ Special Diets ☐ Grievance ☐ Other |
| **Chaplain** | ☐ Religious Literature ☐ Religious Counseling ☐ Other |
| **Law Library** | ☐ Request For Law Books ☐ Request For Legal Copies ☐ Other |
| **Programs** | ☐ English As A Second Language ☐ GED |
| | ☐ 12 Step Alcoholics / Narcotics Anonymous Group |
| | ☐ Second Chance ☐ Domestic Violence ☐ Life Skills |
| | ☐ Christian Bible Study ☐ Muslim Taleem Service |
| | ☐ Jehovah's Witnesses ☐ Catholic Mass |
| | ☐ Request For Games ☐ Other |
| **Indigent Request** | ☐ Request Indigent Package (must be incarcerated at least 5 days, and have no money) (you may receive one every 14 days; you will be charged $4.00 when funds become available) (Package will contain 3 stamped envelopes, 1 pen, 4 sheets of paper, toothpaste, toothbrush, deodorant) |
| **Property Officer** | ☐ Release of Property: I _____ authorize all of my personal |
| | Inmates: printed name |
| | effects to be released to _____ . (excludes clothes) |
| | Person authorized to receive property |
| | I _____ received the property released by above inmate. |
| | Person receiving property: printed name |
| | _____ |
| | Person receiving property: signature    Date/ Time |

**Explain in detail on back of form, also include what actions you would like to see taken.**

NHC-DF-031
Rev. 03/2008

**Explain in detail below, also include what actions you would like to see taken.**

1. I AM being confined with psychotic prisoners, i.e. James Jordan, D. McIntyre.
2. I was confined with psychotics from 5-11-13 to 6-20-13, i.e. James Jordan, D. McIntyre.
3. This was and is improper confinement.
4. This is a violation of my Eighth and Fourteenth Amendment rights.
5. ($125 a day for confinement among psychotics)

Mr. Dilworth, 7/16/13

Your assignment is disciplinary and the housing unit that you are in has those who cant be in general population and their assignment is in a unit that disciplinary segregation is held.

Lt. P.

Please send me a copy of this grievance.

Inmate signature: M.L. Anthony Dilworth    Date 7-15-13

Officer receiving request: Deputy Evans A40

Exhibit: U