United States District Court     5:13-CT-3291-D

Eastern District Of North Carolina                FILED

MAY 15 2014

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Michael Anthony Dilworth,                )
           Plaintiff,                    )        MOTION TO ADD
    v.                                   )        DEFENDANTS
Ed McMahon,                              )
           Defendant.                    )

Pursuant to Rule 15(a), Fed. R. Civ. P., the plaintiff, pro se, seeks to add defendants in the matter of the above referenced case, and shows the following:

Plaintiff filed a Civil Rights Act, 42 U.S.C. Section 1983 claim against the above defendant on 25 November 2013. The case is still in the screening process and for that reason plaintiff seeks to add additional defendants that were left out of original caption of the first page. In paragraph (3) of statement of claim 1st Sgt. Whitmore name is stated; (5) paragraph is referring to White and Thomas; (6) refers to Lt. R. Johnson; (7) refers to Cookson and Trott; and Although Marino is not listed he is a key defendant in paragraph (3). All defendants are properly listed on the following pages.

I declare under the penalty of perjury that the foregoing motion is true and correct.

date: 5-12-14                              Address: P.O. Box 2405
signed: Michael Anthony Dilworth           Marion, NC 28752

G. Defendant Mr. Whitmore
   Position 1st Sgt.
   Employed at New Hanover County Detention Facility
   Address 3950 Juvenile Center Rd, Castle Hayne NC 28429
   Capacity in which being sued: Indivisual ( ) Official ( ) Both (X)

H. Defendant Mr. R. Johnson
   Position Lt.
   Employed at New Hanover County Detention Facility
   Address 3950 Juvenile Center Rd, Castle Hayne NC 28429
   Capacity in which being sued: Indivisual ( ) Official ( ) Both (X)

I. Defendant Mr. Cookson
   Position Detention Officer
   Employed at New Hanover County Detention Facility
   Address 3950 Juvenile Center Rd, Castle Hayne NC 28429
   Capacity in which being sued: Indivisual ( ) Official ( ) Both (X)

J. Defendant Mr. Trott
   Position Detention Officer
   Employed at New Hanover County Detention Facility
   Address 3950 Juvenile Center Rd, Castle Hayne NC 28429
   Capacity in which being sued: Indivisual ( ) Official ( ) Both (X)

K. Defendant Mr. White
   Position Detention Officer

Employed at New Hanover County Detention Facility

Address 3950 Juvenile Center Rd, Castle Hayne NC 28429

Capacity in which being sued: Indivisual ( ) Official ( ) Both (X)

L. Defendant Mr. Thomas

Position Detention Officer

Employed at New Hanover County Detention Facility

Address 3950 Juvenile Center Rd, Castle Hayne NC 28429

Capacity in which being sued: Indivisual ( ) Official ( ) Both (X)

M. Defendant Mr. Marino

Position Deputy Sheriff

Employed at New Hanover County Detention Facility

Address 3950 Juvenile Center Rd, Castle Hayne NC 28429

Capacity in which being sued: Indivisual ( ) Official (X) Both

N. Defendant

Position

Employed at

Address

Capacity in which being sued: Indivisual ( ) Official ( ) Both ( )

I declare of the penalty of perjury that the foregoing is true and correct.

date: 5-12-14

signed: Mill Anthony Elcott