In The United States District Court

For The Eastern District of North Carolina

Western Division

No. 5:13-CT-3291-D

| | |
|---|---|
| Michael Anthony Dilworth, )<br>  Plaintiff, )<br>vs. )<br>Ed McMahon, et al., )<br>  Defendants. ) | Plaintiff's Request For Admissions To Defendants Adams, Fales, Robinson, Johnson, Cookson, And Trott |

Now comes, Michael Anthony Dilworth, plaintiff pro se, and makes this request under Rule 36 and Rule 26(b)(1) of the Federal Rules of Civil Procedure that Defendants Adams, Fales, Robinson, Johnson, Cookson and Trott admit or deny the following admissions and serve their answers upon Plaintiff within 30 days after receipt of this discovery request.

After excercising due diligence to serve information, if Defendant is unable to admit or deny any or all of the following admission requests, in part or whole, Defendant is required under Fed. R. Civ. P. 36 (a)(4)-(5) to explain inability to admit or deny in part or whole, while nevertheless admitting or denying to the extent possible.

ADMISSION NO. 1: Officer Cookson, please admit or deny that on July 5, 2013 you escorted Medical Staff Sharon Cooper to dispense medication in N-Pod.

ADMISSION NO. 2: Officer Cookson, please admit or deny that on July 5, 2013 that when you were at the slider door exiting N-Pod with Medical Staff Sharon Cooper you ran back to the control desk where Officer Trott was standing beside Plaintiff and physically accosted Plaintiff.

ADMISSION NO. 3: Officer Cookson, please admit or deny that on July 5, 2013 when you ran back into N-Pod that you engaged in a fight or mutual physical confrontation not using a weapon.

ADMISSION NO. 4: Officer Cookson, please admit or deny that in the past as a dentention officer you have been in unauthorized one on one physical confrontations with prisoner at New Hanover County Jail.

ADMISSION NO. 5: Officer Cookson, please admit or deny that as a ▮▮▮ detention officer on duty whether or not you can fight prisoners.

ADMISSION NO. 6: Captain Adams, please admit or deny that on July 5, 2013 in a matter hours from the time of the alleged incident, you ordered 45 days punitive segregation without a 24 hour written notice, a disciplinary hearing, or a chance for Plaintiff to call witnesses, or gather evidence.

ADMISSION NO. 7: Lt. R. Johnson, please admit or deny that on 5-11-13 in a matter of hours from the time of the alleged incident, you ordered 45 days punitive segregation without a 24 hour written notice, a disciplinary hearing, or a chance for Plaintiff to call witnesses or gather evidence.

ADMISSION NO. 8: Lt. Fales, please admit or deny that on May 23, 2013 and July 18, 2013 you upheld the punishments imposed on Plaintiff by Lt. R. Johnson on May 11, 2013 and Capt. Adams on July 5, 2013.

ADMISSION NO. 9: Lt. L. C. Robinson, please admit or deny that on July 25, 2013 you did not resolve Plantiff's grievance concerning being housed with psychotic prisoners.

Dated: October 13, 2014     signed: *Miles Anthony Ellwood*

Case 5:13-ct-03291-D   Document 24   Filed 10/16/14   Page 2 of 3
(2)

# CERTIFICATE OF SERVICE

I, Michael Anthony Dilworth, hereby certify that I have caused to be served to the below-named true and correct copies of the foregoing document via U.S. Postal Service.

Scott C. Hart, Attorney
P.O. Drawer 889
New Bern, NC 28563

Dated: October 13, 2014

signed: *Michael Anthony Dilworth*