Michael Anthony Dilworth #0108372
P.O. Box 2405
Marion, NC 28752
10-25-2014

FILED
OCT 29 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

United States District Court
Eastern District of North Carolina    c/o James C. Dever III
Office of the Clerk                   Chief United States District Judge
P.O. Box 25670
Raleigh, NC 27611

Re: Settlement Conference U.S.D.C. File No. 5:13-CT-3291-D

Dear Honorable Judge Dever,

    Due to the fact that I the plaintiff will likely prevail on the merits of this case and have sought to settle with defendant, plaintiff asks this Honorable Court to make suitable findings in accordance with plaintiff's theory.

Sincerely,

Michael Anthony Dilworth

cc: Scott C. Hart