In The United States District Court
For The Eastern District Of North Carolina
Western Division
No. 5:13-CT-3291-D

FILED
NOV 07 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | | |
|---|---|---|
| Michael Anthony Dilworth, | ) | MOTION SEEKING |
| Plaintiff, | ) | AUTHORIZATION FOR PHOTOCOPIES |
| v. | ) | FROM NC Dept of Public Safety |
| Ed McMahon, et al., | ) | Prison Division |
| Defendants. | ) | |

Now comes Michael Anthony Dilworth, plaintiff pro se, and makes this request for Authorization for Photocopies by NC Dept. of Public Safey Prison Division in Accordance to Bounds v. Smith.

1. Prison officials must provide a means for prisoners to make copies of papers to comply with court rules. (Bounds v. Smith, 430 U.S. 817, 97 S.Ct. 1491, 52 L.Ed. 2d 72 (1977))

2. [F]ree copying required for indigents. (Harrington v. Holshouser, 741 F.2d 66, 69 (4th Cir. 1984))

Plaintiff seeks to have NC Dept. of Public Safety Prison Division provide a means for him to make copies of papers to comply with court rules at no cost.

Date: November 4, 2014
Signed: Michael Anthony Dilworth
Address: P.O. Box 2405
Marion, NC 28752