Michael Anthony Dilworth #0108372
P.O. Box 2405
Marion, NC 28752
November 19, 2014

FILED
NOV 24 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

U.S. District Court
Eastern District of N.C.
Office of the Clerk
P.O. Box 25670
Raleigh, NC 27611

Re: 5:13 ct 3291-D

Dear Clerk,

My records reflect that I did not file with your office a certificate of service showing when I filed a Request For Admissions. I would like to do so at this time.

Sincerely,

Michael Anthony Dilworth