Michael Anthony Dilworth #0108372
P.O. Box 2405
Marion, NC 28752
November 23, 2014

FILED
NOV 26 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Robert B. Jones, Jr.
United States Magistrate Judge
United States District Court
Eastern District of North Carolina
Western Division
P.O. Box 25670
Raleigh, NC 27611

Re: 5:13-CT 3291-D  Dilworth v. McMahon, et al.

Dear Honorable Judge Jones,

I would like the rules of the Judge's Chamber in reference to pro se proceedings.

I would also like to know if my Motion Seeking Authorization For Photocopies From N.C. Dept. of Public Safety Prison Division could be granted in order to prepare Summary Judgement documents?

I gratefully appreciate your assistance in this matter.

Sincerely,
Michael Anthony Dilworth