Michael Anthony Dilworth #0108372
P.O. Box 2405
Marion, NC 28752
November 23, 2014

FILED
NOV 26 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

U.S. District Court
Eastern District of North Carolina
Office of the Clerk
P.O. Box 25670
Raleigh, NC 27611

        Re: 5:13-CT-3291-D   Dilworth v. McMahon, et al.

Dear Clerk,

    I would like seven (7) Writ of Habeas Corpus Ad Testicandum forms please?

    Thank you!

        Sincerely,

        Michael Anthony Dilworth