Michael Anthony Dilworth #0108372
P.O. Box 2405
Marion, NC 28752
November 23, 2014

FILED
NOV 26 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

James C. Devers III
Chief Judge
United States District Court
Eastern District of North Carolina
Western Division
P.O. Box 25670
Raleigh, NC 27611

Re: 5:13-CT-3291-D   Dilworth v. McMahon, et al.

Dear Honorable Judge Devers,

I would like to request from your Honorable Court an in person Pretrial Conference. While my request may not be the norm I am certain that once we can review agreements concerning facts which are not disputed, admissibility of evidence, authenticity of documents, identify witnesses and documents, eliminate unnecessary or repetitive evidence the possibility of a settlement can bring closure to this case.

If my request cannot be granted then I request appointment of counsel to represent me in further proceedings because I can't even make the merest copy of a document to say the least of my obstacles.

I pray this court will use its sound discretions in reviewing my requests.

Sincerely,

Michael Anthony Dilworth